No. 15,860.

McCAMBRIDGE *v.* MASON.
(180 P. [2d] 1023)

Decided May 5, 1947. Rehearing denied June 2, 1947.

An action on a promissory note. Judgment for plaintiff.

Judgment affirmed en banc without written opinion, Mr. Justice Luxford not participating.

Messrs. SHUTERAN, ROBINSON & HARRINGTON, for plaintiff in error.

Messrs. VAN CISE & VAN CISE, for defendant in error.